In the Matter of the Estate of FREDERICK W. STIEFEL, Deceased. MARIE STIEFEL, Appellant; EVELYN M. EBERHARDT, Respondent.— Motion for leave to appeal to the Court of Appeals and to certify questions denied, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ. [See *ante*, p. 831.]

## (March 25, 1948.)

In the Matter of ROCHESTER GAS AND ELECTRIC CORPORATION, Petitioner, and GENERAL PUBLIC UTILITIES CORPORATION, Intervener, Petitioner, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals and to certify questions of law denied, with $50 costs. Hill, P. J., Heffernan, Russell and Deyo, JJ., concur; Foster, J., dissents. [See *ante*, p. 114.]